IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROP, INC., a Nevada corporation;<br><br>Plaintiff,<br><br>vs.<br><br>KENBROOKE ROOFING, INC., a Nebraska corporation;<br><br>Defendant. | 8:17CV24<br><br>ORDER |

On May 25, 2017, the Clerk notified Third Party Defendant Integrity Custom Construction, Inc. of its obligation to filed a corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1. Having received no response, the Clerk emailed a reminder to counsel for Third Party Defendant Integrity Custom Construction, Inc. on July 11, 2017, and on August 7, 2017. The August reminder warned that a show cause order will be entered is the corporate disclosure statement is not filed by August 14, 2017. To date, the corporate disclosure for Third Party Defendant Integrity Custom Construction, Inc. has not been filed, and counsel has not explained the failure to comply with Fed. R. Civ. P. 7.1.

Accordingly,

IT IS ORDERED:

1) Third Party Defendant Integrity Custom Construction, Inc. is given until August 31, 2017 to either file a fully completed corporate disclosure statement or show cause why the statement cannot be filed.

2) The failure to timely comply with this order may result in an entry and/or judgment of default against Third Party Defendant Integrity Custom Construction, Inc. without further notice.

August 21, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge