IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROP, INC., a Nevada corporation;<br><br>Plaintiff,<br><br>vs.<br><br>KENBROOKE ROOFING, INC., a Nebraska corporation;<br><br>Defendant. | 8:17CV24<br><br>ORDER |

On May 25, 2017, the Clerk notified counsel for Third Party Defendant Integrity Custom Construction, Inc. of his obligation to pay the 2017/2018 biennial attorney assessment fee, as required by NEGenR 1.7(h), within 15 days. To date, the fee has not been paid, and counsel has not explained his failure to do so.

Accordingly,

IT IS ORDERED that Christian R. Blunk, as counsel for Third Party Defendant Integrity Custom Construction, Inc., is given until August 31, 2017 to pay the required biennial assessment or show cause why he cannot do so.

August 21, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge