IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROP, INC., a Nevada corporation;<br><br>　　　　Plaintiff/Counterclaim Defendant,<br><br>　vs.<br><br>KENBROOKE ROOFING, INC., a Nebraska corporation;<br><br>　　　　Defendant/Counterclaim Plaintiff/Third Party Plaintiff.<br><br>　vs.<br><br>INTEGRITY CUSTOM CONSTRUCTION, INC., a Nebraska corporation;<br><br>　　　　Third Party Defendant. | 8:17CV24<br><br>ORDER |

IT IS ORDERED:

1)　Plaintiff's motion to amend, (Filing No. 51), is granted. Plaintiff's Second Amended Complaint, a copy of which is attached to its motion, shall be filed on or before January 18, 2018.

2)　In addition to service upon counsel of record, Plaintiff shall serve a copy of the Second Amended Complaint on Third Party Defendant Integrity Custom Construction, Inc. by first class mail sent to Stan Wills, 3325 4th Avenue Council Bluffs, IA 51501, and by email to buildsforyou@gmail.com.

3) Plaintiff shall file a certificate of service verifying compliance with paragraph 2 of this order.

January 11, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge