IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROP, INC., a Nevada corporation;<br><br>    Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>KENBROOKE ROOFING, INC., a Nebraska corporation;<br><br>    Defendant/Counterclaim Plaintiff/Third Party Plaintiff.<br><br>vs.<br><br>INTEGRITY CUSTOM CONSTRUCTION, INC., a Nebraska corporation;<br><br>    Third Party Defendant. | 8:17CV24<br><br>**ORDER** |

IT IS ORDERED:

1) The motion to withdraw filed by Christian R. Blunk as counsel of record for Third Party Defendant Integrity Custom Construction, Inc. (Filing No. 53), is granted.

2) A corporation cannot litigate its action in this forum without representation by licensed counsel. Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-48 (8th Cir. 1994). On or before February 1, 2018, Third Party Defendant Integrity Custom Construction, Inc. shall obtain the services of counsel and have that attorney file an appearance in this case. The failure to do so may result in an entry of default and/or a default judgment against Third Party Defendant Integrity Custom Construction, Inc.

3) The clerk shall serve a copy of this order on Third Party Defendant Integrity Custom Construction, Inc. by first class mail sent to Stan Wills, 3325 4th Avenue, Council Bluffs, IA 51501, and by email to buildsforyou@gmail.com.

4) The clerk shall change the docket sheet to reflect the address for Third Party Defendant Integrity Custom Construction, Inc. is 3325 4th Avenue, Council Bluffs, IA 51501.

January 11, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge