# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROP, INC., a Nevada corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KENBROOKE ROOFING, INC., a Nebraska corporation,<br><br>　　　　Defendant,<br><br>v.<br><br>INTEGRITY CUSTOM CONSTRUCTION, INC., a Nebraska corporation,<br><br>　　　　Third-Party Defendant. | Case No. 8:17-cv-00024-JFB-CRZ<br><br>**ORDER OF DISMISSAL** |

THIS MATTER comes before the Court upon the parties' Stipulation/Notice of Voluntary Dismissal with Prejudice (filing no. 64) filed herein pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), whereby the parties' voluntarily dismiss all claims and defenses asserted in the above-captioned matter with prejudice.

The Court, being fully advised in the premises, hereby finds and orders that the above-captioned matter, including each of the parties' claims and defenses asserted herein, be and is hereby dismissed with prejudice, each party to pay their own costs.

DATED this 11th day of June, 2018.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon

　　　　　　　　　　　　　　　　　　　Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　Senior United States District Judge